United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Robert E. Tuite, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-20614-Civ-Scola |
| | ) |
| Carnival Corporation, dba | ) |
| Carnival Cruise Line, Defendant. | ) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation on Defendant Carnival Corporation, doing business as Carnival Cruise Line's, motion to tax costs (ECF No. 65). Judge Goodman issued a report, recommending that the Court grant in part and deny in part Carnival's motion to tax costs, awarding Carnival $3,721.05 in costs. (Rep. & Recs., ECF No. 75.) No objections have been filed and the time to do so has passed. Irrespective of the lack of objections, the Court has considered Judge Goodman's report on a de novo basis and finds it cogent and compelling.

Accordingly, the Court **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 75**) and **grants in part and denies in part** Carnival's motion to tax costs (**ECF No. 65**). Consistent with the report, the Court awards **$3,721.05** in taxable costs (out of the $5,653.35 requested), plus applicable interest from the date of final judgment, to Defendant Carnival Corporation, doing business as Carnival Cruise Line, to be paid by Plaintiff Robert E. Tuite.

**Done and ordered** at Miami, Florida on June 27, 2024.

_____
Robert N. Scola, Jr.
United States District Judge